RECEIVED
FEB 10 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:20-CR-00014-01** |
| **VERSUS** | **JUDGE JUNEAU** |
| **YAIRD GADIEL HERNANDEZ-CORDOVA** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Yaird Gadiel Hernandez-Cordova, is ACCEPTED and he is fully adjudged guilty of the offense charged in Count 1, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, on this 10th day of February 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE